IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BIG TOMATO LLC** *d.b.a.* **TABELLA**                                                                                              **PLAINTIFF**

**v.**                                                                  **CIVIL ACTION NO. 2:20-cv-86-TBM-MTP**

**STATE AUTO PROPERTY AND
CASUALTY INSURANCE CO.**                                                                                                **DEFENDANT**

## FINAL JUDGMENT

In accordance with this Court's Memorandum Opinion granting State Auto Property and Casualty Insurance Co.'s Motion to Dismiss [38], this action is DISMISSED WITH PREJUDICE.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled and numbered cause is DISMISSED WITH PREJUDICE, with each party to bear its own costs. This CASE is CLOSED.

THIS, the 22nd day of November, 2022.

TAYLOR B. McNEEL<br>
UNITED STATES DISTRICT JUDGE